PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: JOSEPH MINUTO                                  Cr.: 03-00075-001

Name of Sentencing Judicial Officer: Honorable Faith S. Hochberg
   Jurisdiction Transferred from The Honorable Ursula Ungaro-Benages, SD/FL, on January 29, 2003.

Date of Original Sentence: 11/30/01

Original Offense: Conducting an Illegal Bookmaking Operation

Original Sentence: 1 Year and 1 Day and 3 Years TSR

Type of Supervision: Supervised Release                Date Supervision Commenced: 01/02/03

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant is to be confined to his residence until the expiration of his term sentence. The defendant shall be restricted to his residence daily from 10:30PM until 9:00AM. The defendant is restricted at all times except for employment, medical and care of his children during his wife's recuperation from double knee surgery (11/07/05 - for approx. seven (7) weeks). The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to his residence at all times and maintain a telephone at the residence without any custom services. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.26 per day.

## CAUSE

The offender violated his Special Condition to refrain from the excessive use of alcohol and the Special Condition to obey all federal, state and local laws while on supervision. Offender was arrested and convicted of misdemeanor Diving While Intoxicated and Reckless Driving in Rensselaerville, New York, on June 14, 2004.

Respectfully submitted,

By: James L. Winkler
U.S. Probation Officer
Date: 10/20/05

THE COURT ORDERS:

PROB 12B - Page 2
JOSEPH MINUTO

[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] No Action
[ ] Other

_____
(Signature of Judicial Officer)

10/25/05
_____
Date